**FILED**
JEFFREY A. APPERSON, CLERK

NOV 18 2008

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# Kimberly Miracle, et al. v. Bullitt County, Kentucky, et al.

## Civil Action No. 3:05-cv-130-C

## EXHIBITS FOR FAIRNESS HEARING

## TABLE OF CONTENTS

1. Chart of settlements in strip-search class actions.

2. Settlement Agreement.

3. Analytics Affidavit.

    A. Notice of Hearing and Proposed Class Action Settlement.

    B. Claim Form.

    C. Certificates of Mailing.

    D. Publication Notice of Class Action Settlement.

## CLASS ACTION STRIP SEARCH SETTLEMENTS

| # | CASE | SETTLEMENT DATE | TOTAL SETTLEMENT | REPRESENTATIVE SETTLEMENT | CLASS SETTLEMENT | APPROXIMATE CLASS SIZE | CLAIMS FILED | CAP AS TO EACH CLAIM | AVG AMT USING "G" | AVG AMT USING "H" |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Leyba v. Santa Fe (New Mexico) | July, 2006 | $8.5 million | | $6.5 million | 13,000 | | $3,500 | USING "G" | USING "H" |
| 2 | Robinson v. Sacramento County (CA) | July, 2006 | $6,280,000.00 | | $4 million | "thousands" | | | $500 | |
| 3 | Bull v. County Of Sacramento (CA) | June, 2004 | $15 million | | $11.5 million | 16,100 | | $1,000/ss, $2500 max | ??? | $714 |
| 4 | Cazenave v. Foti (Orleans Parish, LA) | December, 2006 | $9,375,000.00 | | | 80,000 | | | | $117 |
| 5 | Haney v. Miami-Dade (FL) | April, 2004 | $6.2 million | | $4,550,000.00 | | | $1,000 min, $1500 max | ??? | |
| 6 | Dodge, Rango v.County of Orange (NY) | 2006 | $1,224,800.00 | $1,666.00 | $624,800.00 | | | $1,000 | ??? | |
| 7 | Nilsen v. York County (Maine) | 2005 | $3.3 million | $500 to $6500 | | 7,500 | 1,400 | | | $2,350 |
| 8 | Williams v. County of Los Angeles (CA) | November, 2002 | $21,500,000.00 | | | 250,000 | 40,000 | | | $537 |
| 9 | Dare v. Knox County (NY) | December, 2006 | $3.3 million | $5,000.00 | | | | | ??? | |
| 10 | McDaniel v. County of Schenectady (NY) | January, 2007 | $2.5 million | $12,000.00 | $1,750,000.00 | 6,000 | 3,500 | $1,250 | $500 | |
| 11 | Marriott v. Montgomery County (NY) | August, 2006 | $2.5 million | | $1,300,000.00 | | | $3,000 | ??? | |
| 12 | Doan v. Watson (Indiana) | December, 2002 | $1,172,000.00 | | $800,000.00 | 800 | | $1,000 | ??? | |
| 13 | Mille Lacs County (MN) | November, 2004 | $2,000,000.00 | | | 1,200 | | | | $1,666 |
| 14 | Mack v. Suffolk County | November, 2002 | $10 million | | | 5,400 women | 1,500 | | | $1,851 |
| 15 | Parilla v. Eslinger (FL) | January, 2007 | $620,000.00 | | $404,000.00 | | | $1,800 | ??? | $6,666 |
| 16 | Eddleman v. Jefferson County (KY) | | $11.5 million | $5,000 - $15,000 plus claim | | 50,000 members | 4,000 | | | $2,875 |
| 17 | Resselaer County (MN) | 2004 | $2.7 million | | | | | | | |
| 18 | Maneely v. City of Newburgh (NY) | April, 2005 | $1,783,670.20 | | | | | $1,000 | ??? | |
| 19 | Ryan v. Garvey (MA) | January, 2007 | $205,000.00 | $10,000.00 | | 90 members | | $1,000 | ??? | |
| 20 | Foreman v. Connecticut | 2006 | $2.5 million | $20,000.00 | | 1,600 | 150 | $10,000 | $2,277 | $1,866 |
| 21 | Wilson v. Franklin County (KY) | May, 2000 | $6,000,000.00 | $5,000 - $10,000 plus claim | | 1,000 | 562 | $10,000 (m) $20,000 (f) | $1,562 | $8,000* |
| 22 | District of Columbia | September, 2001 | $12,000,000.00 | | $5,000,000.00 | 20,000 | | | $6,000 | $8,000* |
| 23 | Bynum v. District of Columbia | January, 2006 | *$12,000,000 *$3M used for upgrades to jail | | $7,000,000.00 | | 3,763 | | $250 | $1,860 |
| 24 | Gallagher v. County of San Mateo | May, 2007 | $1,900,000.00 | | $1,150,000.00 | 1,200 women | | $2,500 | $958.33 | |
| 25 | McBean v. City of New York | February, 2006 | $3,304,000.00 | $25,000.00 | $2,804,000.00 | 40,352 | 4,319 | $750 (1) $1,000 (2+) | $69 | |
| 26 | Lira v. Dona Ana County (NM) | September, 2007 | $5,000,000.00 | $25,000.00 | | "hundreds" | | $1,200 to $2,400 | | |
| 27 | New Orleans (LA) | September, 2007 | $10,000,000.00 | | $6,500,000.00 | | 6,500 | | | $1,000 |
| 28 | Hicks v. Camden County (NJ) | April, 2008 | $7,500,000.00 | $15,000.00 | $4,970,000.00 | 24,000 | | $750 to $1,250 | $312.50 | |
| 29 | San Bernardino County (CA) | March, 2008 | $25,500,000.00 | | $19,125,000.00 | 160,000 | 21,000 | | | $910.00 |
| 30 | Broward County (FL) | April, 2008 | $11,500,000.00 | | | 40,000 | | $1,000 | $287.50 | |
| 31 | Schaeffer v. Santa Rita County (CA) | March, 2007 | $6,200,000.00 | | | 37,000 | | | $167.50 | |
| 32 | Miracle v. Bullitt County (KY) | April, 2008 | $800,000.00 | $15,000.00 | $534,000.00 | 400 | | $1,500 | $1,047 | |